UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
MOHAMMAD AHMED,

                Plaintiff,

v.

LINCOLN CENTER FOR THE PERFORMING
ARTS, INC., ELWOOD SHELTON, THE CITY OF
NEW YORK, RAJINDER SINGH and NOEL
OLIVO,

                Defendants.
------------------------------------------------------------x

08 CV 4804

Civil Action No. _____

RULE 7.1 STATEMENT

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Lincoln Center for the Performing Arts, Inc. (a private, non-governmental entity) certifies that said defendant does not have any corporate parents, and that there are no publicly held corporations that own 10% or more of the stock of said defendant.

Dated: May 22, 2008

                                                                _____
                                                                Sanjit Shah (SS-0148)