UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
MOHAMMAD AHMED,

            Plaintiff,

    -against-

LINCOLN CENTER FOR THE PERFORMING
ARTS, INC., ELWOOD SHELTON, THE CITY
OF NEW YORK, RAJINDER SINGH and
NOEL OLIVO,

            Defendants.
-----------------------------------X

Case No. 08 CV 04804 (GBD)

**DEMAND FOR
TRIAL BY JURY**

       Plaintiff, Mohammad Ahmed, hereby demands a trial by jury in this action.

Dated: New York, New York
       May 27, 2008

                                 Yours, etc.
                                 SIVIN & MILLER, LLP

                                 By_____
                                   Edward Sivin (ES 7351)
                                 Attorneys for plaintiff
                                 170 Broadway
                                 New York, NY 10038
                                 (212) 349-0300

To:

MOUND COTTON WOLLAN & GREENGRASS
Attorneys for defendants Lincoln Center for the
 Performing Arts, Inc. and Elwood Shelton
One Battery Park Plaza
New York, NY  10004
(212) 804-4200

MICHAEL A. CARDOZO, ESQ.
Attorneys for defendant City of New York
100 Church Street
New York, NY  10007
(212) 788-0499

RAJINDER SINGH
Defendant Pro Se
c/o NYPD 20TH Precinct
129 W. 82nd Street
New York, NY  10024

NOEL OLIVO
Defendant Pro Se
c/o NYPD 20TH Precinct
129 W. 82nd Street
New York, NY  10024

Case No.   08 CV 04804 (GBD)

UNITES STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOHAMMAD AHMED,

       Plaintiff,

  -against-

LINCOLN CENTER FOR THE PERFORMING ARTS, INC., et. al.,

       Defendants.

## DEMAND FOR TRIAL BY JURY

**SIVIN & MILLER, LLP**
Attorneys for Plaintiff
170 Broadway
New York, NY 10038
(212) 349-0300
FAX (212) 406-9462

## DECLARATION OF SERVICE

EDWARD SIVIN, declares pursuant to 28 USC § 1746, under penalty of perjury, as follows:

On May 27, 2008, I served the with Demand for Trial by Jury by regular mail on the following:

MOUND COTTON WOLLAN & GREENGRASS
Attorneys for defendants Lincoln Center for the
 Performing Arts, Inc. and Elwood Shelton
One Battery Park Plaza
New York, NY  10004

MICHAEL A. CARDOZO, ESQ.
Attorney for defendant City of New York
100 Church Street
New York, NY  10007

RAJINDER SINGH
c/o NYPD 20TH Precinct
129 W. 82nd Street
New York, NY  10024

NOEL OLIVO
c/o NYPD 20TH Precinct
129 W. 82nd Street
New York, NY  10024

Dated: New York, New York
       May 27, 2008

_____
EDWARD SIVIN