UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MOHAMMAD AHMED,

                Plaintiff,               Civil Action No. 08 Civ. 4804 (GBD)

v.                                                 NOTICE OF APPEARANCE

LINCOLN CENTER FOR THE PERFORMING
ARTS, INC., ELWOOD SHELTON, THE CITY OF
NEW YORK, RAJINDER SINGH and NOEL
OLIVO,

                Defendants.
-------------------------------------------------------------X

PLEASE TAKE NOTICE that the undersigned counsel, who is admitted to practice in this Court, hereby appears in the above-referenced action as counsel for Defendants Lincoln Center for the Performing Arts, Inc. and Elrige Shelton.

Dated: New York, New York
        May 22, 2008

                                      MOUND COTTON WOLLAN & GREENGRASS

                            By:   s/Kenneth M. Labbate
                                  Kenneth M. Labbate (KL-1074)
                         One Battery Park Plaza
                         New York, New York 10004
                         Phone: (212) 804-4200
                         Fax:   (212) 344-8066

                         Attorneys for Defendants
                         *Lincoln Center for the Performing Arts, Inc.,*
                         *and Elrige Shelton*

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

    IRENE SIEGEL, being duly sworn, deposes and says:

    Deponent is not a party to this action, is over the age of 18 years, and resides in Queens, New York.

    That on the 22nd of May, 2008 deponent served the annexed **NOTICE OF APPEARANCE AND RULE 7.1 STATEMENT** upon:

Edward Sivin, Esq.
Sivin & Miller, LLP
170 Broadway
New York, NY 10038
Attorneys for Plaintiff

New York City Department of Law
100 Church Street
New York, NY 10007
Attorneys for Defendants
 The City of New York, Rajinder Singh
    and Noel Olivo

at the address designated by said attorney(s), by depositing the same enclosed in a postpaid properly addressed wrapper and directed to the above address in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York

                                                                  s/Irene Siegel
                                                                  IRENE SIEGEL

Sworn to before me this
22nd day of May, 2008

    s/Robin Danzy
    Notary Public