UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MOHAMMAD AHMED,

                Plaintiff,          Civil Action No. 08-4804 (GBD) (DF)

   v.                                        **NOTICE OF MOTION**

LINCOLN CENTER FOR THE PERFORMING
ARTS, INC., ELWOOD SHELTON, THE CITY OF
NEW YORK, RAJINDER SINGH and NOEL
OLIVO,

                Defendants.
---------------------------------------------------------------X

    PLEASE TAKE NOTICE, that upon the annexed Declaration of Kenneth M. Labbate, executed on May 30, 2008, the exhibit thereto, and the accompanying memorandum of law, Defendants Lincoln Center for the Performing Arts, Inc. and Elrige Shelton, sued incorrectly as "Elwood" Shelton, will move this Court, before the Honorable George B. Daniels, at the Daniel Patrick Moynihan United States Courthouse located at 500 Pearl Street, New York, New York, Courtroom 15D, at a date and time to be determined by the Court, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Verified Complaint against the aforementioned defendants in its entirety, and granting such other and further relief as the Court

deems just and proper.

Dated: May 30, 2008
      New York, New York

                                      MOUND COTTON WOLLAN & GREENGRASS

                              By:    s/Kenneth M. Labbate
                                      Kenneth M. Labbate (KL-1074)
                                      Sanjit Shah (SS-0148)
                              One Battery Park Plaza
                              New York, New York 10004
                              Phone: (212) 804-4200
                              Fax:   (212) 344-8066
                              klabbate@moundcotton.com
                              sshah@moundcotton.com

TO:    Edward Sivin, Esq.
         Sivin & Miller, LLP
         170 Broadway
         New York, NY 10038
         *Attorneys for Plaintiff*
         *Mohammad Ahmed*

         New York City Department of Law
         100 Church Street
         New York, NY 10007
         *Attorneys for Defendants*
         *The City of New York, Rajinder Singh*
         *and Noel Olivo*