UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

MOHAMMAD AHMED,

                                     Plaintiff,        **NOTICE OF APPEARANCE**

              -against-

LINCOLN CENTER FOR THE PERFORMING ARTS,     08 CV 4804 (GBD)
INC., ELWOOD SHELTON, THE CITY OF NEW
YORK, RAJINDER SINGH and NOEL OLIVO,

                                   Defendants.

------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that **Stuart E. Jacobs**, Assistant Corporation Counsel, on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, appears herein as counsel of record for defendant City of New York in this action.

Dated:  New York, New York
          June 4, 2008

                                                  MICHAEL A. CARDOZO
                                                  Corporation Counsel
                                                  of the City of New York
                                                  Attorney for Defendant City of New York
                                                  100 Church Street, Rm. 3-311
                                                  New York, New York 10007
                                                  (212) 788-0899

                                     By:    _____
                                                  Stuart E. Jacobs (SJ 8379)
                                                  Assistant Corporation Counsel
                                                  Special Federal Litigation Division

To:    **BY ECF**
        Edward Sivin, Esq.
        Sivin & Miller, LLP
        Attorney for Plaintiff

        **BY ECF**
        Kennth Labbate, Esq.
        Sanjit Shah, Esq.
        Attorneys for Defendant Lincoln Center