# SIVIN & MILLER, L.L.P.

Attorneys at Law
170 Broadway
Suite 600
New York, New York 10038

Glenn D. Miller
Edward Sivin *

\* also member of NJ Bar

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 1 0 2008

Phone: (212) 349-0300
Fax:   (212) 406-9462

June 3, 2008

**SO ORDERED**

*George B Daniels*

HON. GEORGE B. DANIELS

JUN 0 9 2008

Via fax: (212) 805-6737

Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl St., Courtroom 15D
New York, NY 10007

Re: Mohammad Ahmed v. Lincoln Center, et. al.
08-CV-4804 (GBD)

Your Honor:

The undersigned represents plaintiff in the above matter. I write to request that the Court approve a proposed schedule for the filing of opposition and reply papers in connection with a motion by defendants Lincoln Center for the Performing Arts, Inc. and Elwood Shelton to dismiss plaintiff's complaint.

This action was commenced by plaintiff in the Supreme Court of the State of New York, County of New York on April 14, 2008. On or about May 22, 2008, Lincoln Center and Shelton removed the case to the United States District Court for the Southern District of New York. On or about May 30, 2008, Lincoln Center and Shelton served a motion to dismiss plaintiff's complaint pursuant to Fed. R. Civ. Proc. 12(b)(6).

Sanjit Shah, Esq., attorney for Lincoln Center and Shelton, and I have now agreed, subject to your Honor's approval, that opposition papers will be served by July 11, 2008, and reply papers will be served by July 25, 2008. The parties respectfully request that your Honor approve this schedule.

Thank you.

Very truly yours,

Edward Sivin

ES/lo

Cc: Sanjit Shah, Esq. (via fax) (212) 344-8066